# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FANTASYSRUS 2, L.L.C., | Civil No. 12-1176 (JRT/LIB) |
| Plaintiff, | |
| v. | **DISMISSAL ORDER** |
| CITY OF EAST GRAND FORKS, MINNESOTA, A MUNICIPAL CORPORATION | |
| Defendant. | |

Randall D B Tigue, **RANDALL TIGUE LAW OFFICE, PA**, 810 North Lilac Drive, Suite 201, Golden Valley, MN 55422, for plaintiff.

James Thomson and Mary D Tietjen **KENNEDY & GRAVEN, CHARTERED,** 200 South Sixth Street, Suite 470, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the Stipulation of Dismissal filed by the parties on August 13, 2013 [Docket No. 27].

Based upon all the files, records and proceedings herein**, IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE,** and without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 11, 2013
at Minneapolis, Minnesota
                                               s/John R. Tunheim
                                               JOHN R. TUNHEIM
                                               United States District Judge