✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Fantasysrus 2, L.L.C.

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 12-1176 JRT/LIB

East Grand Forks, Minnesota, City of

       Defendant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action is **DISMISSED WITH PREJUDICE,** and without costs, disbursements, or attorneys' fees to any party.

| September 12, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ J. Midtbo |
| | (By)  J. Midtbo  Deputy Clerk |